*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT SINGH, | No. C 08-4452 RMW (PR) |
| Petitioner, | ORDER TO SHOW CAUSE; FURTHER SCHEDULING ORDER |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

    Petitioner, who has been ordered removed from this country under its immigration laws, filed this action under 28 U.S.C. § 2241 claiming that his detention pending removal is unlawful. On December 15, 2008, the court ordered respondent to show cause why a writ of habeas corpus should not be granted, and inadvertently served the order upon the State Attorney General's Office, who does not represent respondents.

    Accordingly, the clerk shall serve by mail a copy of this order, the order to show cause (docket no. 7), and the petition (docket no. 1) and all attachments thereto upon the respondent and the respondent's attorney, the United States Attorney for the Northern District of California. The clerk shall also serve a copy of this order on the petitioner.  The clerk shall also send a copy of the petition to the Attorney General of the United States in Washington, D.C.

    Respondent shall file with the court and serve on petitioner, within **sixty days** of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section

Order to Show Cause; Further Scheduling Order
P:\PRO-SE\SJ.Rmw\HC.08\Singh452osc2.wpd    1

1  2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall
2  file with the answer and serve on petitioner a copy of all portions of the underlying state criminal
3  record that have been transcribed previously and that are relevant to a determination of the issues
4  presented by the petition.

5       If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
6  court and serving it on respondent within **thirty days** of the date the answer is filed.

7       Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as
8  set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases
9  within **sixty days** of the date this order is filed.  If respondent files such a motion, petitioner shall
10 file with the court and serve on respondent an opposition or statement of non-opposition within
11 **thirty days** of the date the motion is filed, and respondent **shall** file with the court and serve on
12 petitioner a reply within **fifteen days** of the date any opposition is filed.

13      It is petitioner's responsibility to prosecute this case.  Petitioner is reminded that all
14 communications with the court must be served on respondent by mailing a true copy of the
15 document to respondent's counsel.  Petitioner must keep the court and all parties informed of any
16 change of address by filing a separate paper captioned "Notice of Change of Address."  He must
17 comply with the court's orders in a timely fashion.  Failure to do so may result in the dismissal
18 of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

19      IT IS SO ORDERED.
20 DATED:  3/16/09                                                 *Ronald M. Whyte*
21                                        RONALD M. WHYTE
                                       United States District Judge