*E-FILED - 10/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARBJIT SINGH, ) | No. C 08-4452 RMW (PR) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| vs. ) | |
| ) | |
| JANET NAPOLITANO, et al., ) | |
| ) | |
| Respondents. ) | |

The court has denied the instant petition for a writ of habeas corpus as moot. Therefore, judgment is entered in favor of respondents. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/13/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Singh452jud.wpd     1